Hon. Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation, and AXCELIS TECHNOLOGIES INC., a Massachusetts corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL NZ LTD, a New Zealand corporation; EXPEDITORS INTERNATIONAL OF WASHINGTON INC., a Washington corporation, and HAWAIIAN AIRLINES INC., a Delaware corporation.<br><br>Defendants.<br><br>EXPEDITORS INTERNATIONAL NZ LTD and EXPEDITORS INTERNATIONAL OF WASHINGTON INC.,<br><br>Cross-Claim Plaintiffs,<br><br>v.<br><br>HAWAIIAN AIRLINES INC.,<br><br>Cross-Claim Defendant. | Cause No. 2:19-cv-01966-RAJ-BAT<br><br>STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND PROPOSED ORDER<br><br>**Note for Motion: May 20, 2021** |

**JOINT MOTION TO EXTEND DEADLINES**- 1
(CASE NO. 2:19-cv-01966-BAT)

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

COME NOW all the parties to this case, and request that this Court extend certain existing upcoming internal deadlines for a period of 11 days, as follows:

PRETRIAL DATES

| Event: | Current Deadline: | Proposed Deadline: |
| --- | --- | --- |
| All motion related to discovery must be filed by | 05-28-2021 | 06-08-2021 |
| Discovery completed by | 06-01-2021 | 06-12-2021 |
| Dispositive motions deadline | 06-25-2021 | 07-06-2021 |
| Mediation deadline | 07-12-2021 | 07-12-2021 |
| TRIAL DATE | No trial date set | No trial date set |

The reasons for the request for an 11-day extension are that (1) the parties are actively attempting to settle the case, and would rather proceed with that than proceed with discovery and (2) there may be additional witnesses identified during pending depositions, which may require additional discovery. Also, the Covid-19 worldwide pandemic continues to serve as a hindrance to discovery.

All parties, as evidenced by the electronic signatures below, are in agreement to this extension of time.

Respectfully submitted this 20th day of May, 2021.

CONDON & FORSYTH LLP

 /s/ Bartholomew J. Banino
Bartholomew J. Banino, NY Bar No. 2906568
Admitted *Pro Hac Vice*
7 Times Square
New York, NY 10036
Email: bbanino@condonlaw.com
Phone: 212-894-6818
Attorneys for Defendant/Cross-Claim Defendant

**JOINT MOTION TO EXTEND DEADLINES**- 2
(CASE NO. 2:19-cv-01966-BAT)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

Hawaiian Airlines Inc.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC

 /s/ Jeremiah R. Newhall
On behalf of: Eron Z. Cannon, WSBA No. 42706
Jeremiah R. Newhall, WSBA No. 54959
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
Email: eron@favros.com
Phone: (206) 749-0094
Attorneys for Defendant/Cross-Claim Defendant
Hawaiian Airlines Inc.

LAW OFFICES OF VI JEAN RENO

 /s/ Vi Jean Reno
Vi Jean Reno, WSBA No. 9385
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Email: vjreno@renolawsea.com
Phone: (206) 622-4100
Fax: (206) 464-0461
Attorneys for Plaintiffs Affiliated FM
Company and Axcelis Technologies Inc.

FOSTER GARVEY PC

 /s/ Steven W. Block
Steven W. Block, WSBA No. 24299
Kelly A. Mennemeier, WSBA No.51838
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Email: steve.block@foster.com
kelly.mennemeier@foster.com
Phone: (206) 447-4400
Fax: (206) 447-9700
Attorneys for Defendants/Cross-Claim Plaintiffs
Expeditors International NZ Ltd. and
Expeditors International of Washington Inc.

**JOINT MOTION TO EXTEND DEADLINES**- 3

(CASE NO. 2:19-cv-01966-BAT)

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

# ORDER

The parties having so stipulated, and the Court finding good cause for entry hereof,

NOW THEREFORE, IT IS HEREBY ORDERED that the case schedule be reset in accordance with the above listed dates.

Dated this 21st day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

 /s/ Bartholomew J. Banino
Bartholomew J. Banino, NY Bar No. 2906568
Admitted *Pro Hac Vice*
7 Times Square
New York, NY 10036
Email: bbanino@condonlaw.com
Phone: 212-894-6818
Attorneys for Defendant/Cross-Claim Defendant Hawaiian Airlines Inc.

 /s/ Jeremiah R. Newhall
On behalf of: Eron Z. Cannon, WSBA No. 42706
Jeremiah R. Newhall, WSBA No. 54959
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
Email: eron@favros.com
           jeremiah@favros.com
Phone: (206) 749-0094
Fax: (206) 749-0194
Attorneys for Defendant/Cross-Claim Defendant Hawaiian Airlines Inc.

**JOINT MOTION TO EXTEND DEADLINES**- 4
(CASE NO. 2:19-cv-01966-BAT)

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094  ·  f. 206-749-0194

1

2   /s/ Vi Jean Reno
Vi Jean Reno, WSBA No. 9385
3   Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
4   Seattle, WA 98101
5   Email: vjreno@renolawsea.com
Phone: (206) 622-4100
6   Fax: (206) 464-0461
7   Attorneys for Plaintiffs Affiliated FM
Company and Axcelis Technologies Inc.
8

9    /s/ Steven W. Block
Steven W. Block, WSBA No. 24299
10  Kelly A. Mennemeier, WSBA No.51838
11  FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
12  Seattle, WA 98101-3292
Email: steve.block@foster.com
13          kelly.mennemeier@foster.com
Phone: (206) 447-4400
14  Fax: (206) 447-9700
15  Attorneys for Defendants/Cross-Claim Plaintiffs
Expeditors International NZ Ltd. and
16  Expeditors International of Washington Inc.

**JOINT MOTION TO EXTEND DEADLINES**- 5

(CASE NO. 2:19-cv-01966-BAT)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 ・ f. 206-749-0194

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Counsel for Plaintiff**
Vi Jean Reno
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
vjreno@renolawsea.com
Phone: 206 622-4100

**Counsel for Expeditors International**
Steven W. Block, WSBA No. 24299
Kelly A. Mennemeier, WSBA No.51838
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292

Signed at Seattle, Washington this 20th day of May, 2021.

/s/ Sydney M. McCrorie
Sydney M. McCrorie, *Legal Assistant*

**JOINT MOTION TO EXTEND DEADLINES**- 6
(CASE NO. 2:19-cv-01966-BAT)

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 ・ f. 206-749-0194