UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation, and AXCELIS TECHNOLOGIES INC., a Massachusetts corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL NZ LTD, a New Zealand corporation; EXPEDITORS INTERNATIONAL OF WASHINGTON INC., a Washington corporation, and HAWAIIAN AIRLINES INC., a Delaware corporation,<br><br>Defendants.<br><br>―――――――――――――<br><br>EXPEDITORS INTERNATIONAL NZ LTD and EXPEDITORS INTERNATIONAL OF WASHINGTON INC.,<br><br>Cross-Claim Plaintiffs,<br><br>v.<br><br>HAWAIIAN AIRLINES INC.,<br><br>Cross-Claim Defendant. | CASE NO. 2:19-cv-01966-RAJ-BAT<br><br>**ORDER TO SHOW CAUSE** |

ORDER TO SHOW CAUSE - 1

On May 21, 2021, the Court granted the parties' Stipulated Motion to Extend Pre-Trial Deadlines. Dkt. 24. The parties requested the 11-day extension of the previous deadline because they were "actively attempting to settle the case." Dkt. 23. The parties recently sought Court intervention in a discovery dispute involving the deposition of Defendant Hawaiian Airlines. Dkt. 38, 31, 34. All the deadlines established in May (discovery (6/12/21); dispositive motions (7/6/21), and mediation (7/12/21) have passed.

Accordingly, it is **ORDERED** that by **July 23, 2021**, the parties shall provide the Court with a report regarding the status of this case and settlement efforts. The parties shall also indicate whether they seek new pretrial deadlines or whether they are ready for trial.

DATED this 16th day of July, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge