UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AFFILIATED FM INSURANCE OMPANY, a Rhode Island corporation, and AXCELIS TECHNOLOGIES INC., a Massachusetts corporation,

Plaintiffs,

v.

EXPEDITORS INTERNATIONAL NZ LTD, a New Zealand corporation; EXPEDITORS INTERNATIONAL OF WASHINGTON INC., a Washington corporation, and HAWAIIAN AIRLINES INC., a Delaware corporation.

Defendants.

EXPEDITORS INTERNATIONAL NZ LTD and EXPEDITORS INTERNATIONAL OF WASHINGTON INC.,

Cross-Claim Plaintiffs,

v.

HAWAIIAN AIRLINES INC.,

Cross-Claim Defendant.

CASE NO. 2:19-cv-01966-RAJ-BAT

**ORDER AMENDING PRETRIAL SCHEDULE**

ORDER AMENDING PRETRIAL SCHEDULE - 1

On July 16, 2021, the Court ordered the parties to provide a status report. Dkt. 37. Based on the parties' Joint Response (Dkt. 38), the Court issues the following amended pretrial schedule:

| Event | Date |
|---|---|
| All motions related to discovery must be filed by | **August 23, 2021** |
| Discovery completed by | **September 24, 2021** |
| Dispositive motions deadline | **October 15, 2021** |
| Mediation deadline | **October 22, 2021** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

## TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement.

## DISCOVERY

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible.

**SETTLEMENT**

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 26th day of July, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge